UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. _____

| | |
|---|---|
| MICHAEL BURLESON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE SHERWIN WILLIAMS COMPANY, | ) ) |
| Defendant. | ) ) ) ) |

## DEFENDANT THE SHERWIN-WILLIAMS COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel for Defendant The Sherwin-Williams Company, makes the following disclosure:

The Sherwin-Williams Company is not a subsidiary or affiliate of a publicly owned corporation and no publicly held corporation owns 5% or more it its stock.

Respectfully Submitted,

_____
**FRANK D. HOSLEY**
Florida Bar No.: 078972
**TODD A. CROFTCHIK**
Florida Bar No.: 574821
**SEIPP & FLICK LLP**
Four Northpoint Center
1064 Greenwood Blvd., Suite 212
Lake Mary, Florida 32746-5419
(407) 585-7600 - Telephone
(407) 585-7610 – Facsimile
Attorney for Defendant
**THE SHERWIN-WILLIAMS COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via US Mail delivery to: Joseph Campoli, PA, 4910 14th Street West, Suite 102, Bradenton, FL 34207, and David H. Harris, Harris Law Firm, P.A., 8695 College Parkway, Suite 1350, Fort Meyers, FL 33919, this _16th_ day of March, 2012.

_____
**FRANK D. HOSLEY**
Florida Bar No.: 078972
**TODD A. CROFTCHIK**
Florida Bar No.: 574821
**SEIPP & FLICK LLP**
Four Northpoint Center
1064 Greenwood Blvd., Suite 212
Lake Mary, Florida 32746-5419
(407) 585-7600 - Telephone
(407) 585-7610 – Facsimile
Attorney for Defendant
**THE SHERWIN-WILLIAMS COMPANY**